UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DENNIS ANDREW BALL,

    Appellant,

v.

FRANKLIN WILLIAMSON
PROPERTIES, INC., and CREDIT UNION
WEST,

    Appellees.                      No. 13-cv-1023-DRH
                                      Consolidated with
                                      No. 13-cv-1024-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on plaintiff's Bankruptcy Appeals.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Opinion of the Court, the decisions of the bankruptcy court are **AFFIRMED.**

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:    /s/*Caitlin Fischer*
                                                      Deputy Clerk

Dated: June 27, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.27
16:14:14 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT